UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**SARAH BRYANT,**

    **Plaintiff,**

  v.                                      **Civil Action 2:22-cv-2936**
                                         **Judge Edmund A. Sargus, Jr.**
                                         **Magistrate Judge Chelsey M. Vascura**

**BREAKING BREAD PIZZA COMPANY**
**DELAWARE,** *et al.***,**

    **Defendants.**

## ORDER

    Defendants' Motion to Compel Discovery (ECF No. 22) is **DENIED WITHOUT PREJUDICE**. The undersigned's Preliminary Pretrial Order provides that "[i]f the parties are unable to reach an agreement on any matter related to discovery, prior to filing a motion, they are directed to arrange an informal conference with the Court." (Order 2, ECF No. 19). Defendants failed to request an informal conference prior to filing their Motion. If the parties remain at impasse, Defendants may request an informal conference with the Court by emailing Vascura_Chambers@ohsd.uscourts.gov and providing the parties' mutual availability for a telephone conference during the weeks of August 12 and August 19, 2024.

    The undersigned notes that, because Defendants attempted to raise this discovery dispute with the Court on the August 2, 2024 discovery deadline, any subsequent request for an informal conference concerning the issues in Defendants' Motion will be considered timely.

    **IT IS SO ORDERED.**

                                                                        /s/ *Chelsey M. Vascura*
                                                                        CHELSEY M. VASCURA
                                                                        UNITED STATES MAGISTRATE JUDGE